UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| GLORIA BOWDEN | ) | 3:11-cv-00460-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 27, 2012 |
| | ) | |
| ST. MARY'S REGIONAL MEDICAL CENTER, a Nevada corporation, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is defendant's motion to compel plaintiff to attend her deposition in Reno, Nevada, which includes a Second Notice of Deposition attached as Exhibit 3.  (Doc. #32.) The motion was made in accordance with Magistrate Judge McQuaid's suggestion at the ENE scheduled for December 14, 2011, which plaintiff failed to attend, i.e., that defendants file a motion to compel plaintiff's attendance for the next noticed deposition and that an ENE would be scheduled the following day.  (Doc. #31.)

   Good cause appearing, defendant's motion to compel plaintiff to attend her deposition on Monday, February 6, 2012, (Doc. #32) is **GRANTED.**

**IT IS SO ORDERED.**

                                                                    LANCE S. WILSON, CLERK


                                                                    By:        /s/
                                                                           Deputy Clerk