AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

GLORIA BOWDEN,

      Plaintiff,
V.

SAINT MARY'S REGIONAL MEDICAL CENTER,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:11-CV-460-RCJ-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss for Failure to Comply with Discovery and Court Orders [37] is GRANTED in its entirety with prejudice.

| | |
|---|---|
| July 9, 2012 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |